Here's Kamala's saying, How did you create this? These are independent people from Hollywood. And you're talking about the Florida issue. This is the environment of Southern California. You mentioned substance, sword, loose force. You're recruiting citizens from the streets. You have the issue of being loose force. That's the enforcement of that. You're reflecting into a room for Southern Canada. So you have all these together,  but there are reasons for that. There's a reason for that. There's a reason for that. I think there's something for it. It's being done in a lot of different ways. It's sort of a hyperbolic question. And you have to answer it. We didn't come up with it. What would you say? Well, I think she's a good person. I think she's a good person. She's a good scientist. She's a good person. She's a good person. She's a good person. She's a good person. She's a good person. Well, I think she's an excellent explorer. She's a good person. I think she's a good person. So we him his very most a neuron. Sort of… I think he's a great person. I think he's a lot of the time. I think she's the kind of person. Well, I think the main thing is that she's always the authoritative person. She's the authoritative person. But she can bring the actual understanding of your relationship with her. She can do this on her own. She can do this on her own. And I think that's the biggest challenge for me. I'm not sure why she's such an authoritative person. I don't know how enforcers can take your assertion on your own behalf. .
judges: Hawkins, Murguia, Breyer